IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, L.L.C., and GE-HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 99-070-GMS |

## ORDER

WHEREAS, on August 18, 2004, the court issued a Memorandum Opinion (D.I. 274) and Order (D.I. 275) directing the plaintiff, GE Transportation Services Global Signaling, LLC ("GETS"), to file a motion seeking reasonable attorneys' fees;

WHEREAS, on September 1, 2004, GETS filed a motion seeking reasonable attorneys' fees (D.I. 276), as well as accompanying declarations and affidavits (D.I. 277-282);

WHEREAS, in a civil contempt proceeding, the court, in its discretion, may award attorneys' fees, costs and expenses, but such an award is restricted to reasonable amounts incurred in prosecuting the motion;[1]

WHEREAS, attorneys seeking compensation must document their hours with sufficient specificity so as to enable the court to determine if the hours claimed are reasonable for the work

---

[1] *Halderman v. Pennhurst State Sch. & Hosp.*, 49 F.3d 939, 941 (3d Cir. 1995); *see also Lichtenstein v. Lichtenstein*, 425 F.2d 1111, 1113-1114 (3d Cir. 1970).

performed;[2]

WHEREAS, a fee petition should include fairly definite information as to the hours devoted to activities such as fact investigation, pre-hearing discovery, trial preparation, brief writing, etc., including the hours spent by partners, associates and paralegals on such tasks;[3] and

WHEREAS, after having examined the plaintiff's submissions on the motion (D.I. 276-82), the court concludes that the plaintiff's declarations lack sufficient information to enable it to ascertain whether the requested attorneys' fees are reasonable;

IT IS HEREBY ORDERED that:

1. The plaintiff submit unredacted copies of its declarations in support of its motion for attorneys' fees within ten (10) days of the date of this order.


Dated: March 21 , 2005                                /s/ Gregory M. Sleet
                                                     UNITED STATES DISTRICT JUDGE

---

[2] *Keenan v. City of Philadelphia*, 983 F.2d 459, 472-473 (3d Cir. 1992).

[3] *Washington v. Philadelphia County Court of Common Pleas*, 89 F.3d 1031, 1037 (3d Cir. 1996).