ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, LLC )<br>)<br>and )<br>)<br>GE HARRIS RAILWAY ELECTRONICS )<br>SERVICES, LLC )<br>)<br>　　　　Plaintiffs, )<br>)<br>vs. )<br>)<br>WESTINGHOUSE AIR BRAKE COMPANY, )<br>)<br>　　　　Defendant ) | Civil Action No. 99-070 GMS |

**STIPULATION REGARDING WABTEC'S RULE 58(c)(2) MOTION**

The parties hereto, by their respective attorneys, hereby stipulate and agree as follows:

1.　　On September 3, 2004, defendant, Westinghouse Air Brake Technologies Corporation ("Wabtec") (formerly known as Westinghouse Air Brake Company) timely filed a motion seeking, pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure, the entry of an order determining that the September 1, 2004 motion for an award of reasonable attorney's fees and expenses filed by GE Transportation Systems-Global Signaling ("GETS") (formerly GE Harris Railway Electronics, LLC and GE Harris Railway Electronics Services, LLC) has the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59 of the Federal Rules of Civil Procedure, with the result that either party's time to appeal would begin to run with this Court's disposition of GETS' September 1, 2004 motion for fees and expenses.

RLF1-2782844-1

2. The parties agree that the entry of such an order would promote judicial economy and both parties' interests in an efficient resolution of any appeals.

3. The parties, therefore, jointly request that the Court grant Wabtec's motion and enter the proposed order submitted therewith.

*[signature]*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O Box 551
Wilmington, DE  19899
(302) 651-7700

OF COUNSEL:
Charles D. Ossola
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC  20004-1201
(202) 942-5000

Timothy R. DeWitt
DeWitt Roggin, PLLC
1455 Pennsylvania Avenue, Suite 100
Washington, DC 20004
(202) 349-4085

*Attorneys for GE Transportation Systems Global Signaling, LLC*

DATED:  September 9, 2004

*[signature]*
Margaret M. Manning (#4183)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street – Suite 1110
Wilmington, DE  19801
Telephone:  302-428-5500
Facsimile:  302-428-3996

OF COUNSEL:
George Patrick Baier (PA ID No. 17233)
Daniel M. Darragh (PA ID No. 34076)
BUCHANAN INGERSOLL PC
One Oxford Centre - 20th Floor
301 Grant Street
Pittsburgh, Pennsylvania 15219
Telephone:  412-562-8800
Facsimile:  412-562-1041

*Attorneys for Westinghouse Air Brake Technologies Corporation*

SO ORDERED: *[signature]*
United States District Court Judge