# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

April 5, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   *GE Harris Railway Electronics, LLC and GE Harris Railway Electronics Services, LLC v. Westinghouse Air Brake Company, Civil Action No. 99-070-GMS*

Dear Judge Sleet:

Enclosed please find, pursuant to the attached Stipulation and Order dated April 1, 2005, the Supplemental Declaration of Timothy DeWitt, corrected Declaration of Charles D. Ossola, and Revised Memorandum in Support of Plaintiffs' Motion for Award of Reasonable Attorneys' Fees and Expenses.

These documents are identical to those electronically filed and served today, but for the fact that they contain the unredacted invoices related to the representation of GE-Harris Railway Electronics, L.L.C. and GE-Harris Railway Electronics Services, L.L.C, and their successor GE Transportation Services. As such, they are for the Court's eyes only.

Counsel remains available should you have any questions.

Respectfully,

Frederick L. Cottrell, III

FLC:csi
Enclosures
cc:     Clerk of the Court (w/o enclosures) (via hand delivery)

RLF1-2860257-1

Honorable Sleet
April 5, 2005
Page 2

      Stuart M. Brown, Esq. (w/o enclosures) (via electronic filing and hand delivery)
      Margaret M. Manning, Esq. (w/o enclosures) (via electronic filing and hand delivery)
      Charles E. Ossola, Esq. (w/o enclosures) (via facsimile)

RLF1-2860257-1