# Innis, Christina

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Friday, April 01, 2005 2:50 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:99-cv-00070-GMS GE Harris Railway, et al v. Westinghouse Brake "SO ORDERED"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from asw, entered on 4/1/2005 at 2:50 PM EST and filed on 4/1/2005

**Case Name:**     GE Harris Railway, et al v. Westinghouse Brake
**Case Number:**   1:99-cv-70
**Filer:**
**Document Number:**

**Docket Text:**
SO ORDERED, re [286] SEALED Stipulation and Order, . Signed by Judge Gregory M. Sleet on 4/1/05. (asw )

The following document(s) are associated with this transaction:

**1:99-cv-70 Notice will be electronically mailed to:**

Richard D. Allen      rallen@mnat.com,

Stuart M. Brown       sbrown@edwardsangell.com,

Frederick L. Cottrell , III    cottrell@rlf.com

Margaret M. Manning    Manningmm@bipc.com,

Jeffrey L. Moyer      moyer@rlf.com, huyett@rlf.com

**1:99-cv-70 Notice will be delivered by other means to:**

Donald F. Parsons , Jr
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801


04/05/2005

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, LLC<br><br>and<br><br>GE HARRIS RAILWAY ELECTRONICS SERVICES, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>WESTINGHOUSE AIR BRAKE COMPANY,<br><br>Defendant | C. A. No. 99-070 GMS<br><br>CONFIDENTIAL<br>FILED UNDER SEAL |

## STIPULATION AND [PROPOSED] ORDER

The parties hereto, by their respective attorneys, hereby stipulate and agree, subject to order of the Court, as follows:

1. GE Transportation Services Global Signaling, LLC ("GETS") (formerly GE-Harris Railway Electronics, LLC and GE-Harris Railway Electronics Services, LLC) shall be permitted to file a Supplemental Declaration of Timothy DeWitt, a corrected Declaration of Charles D. Ossola, and corrected pages to its Memorandum in Support of Plaintiffs' Motion for Award of Reasonable Attorneys' Fees and Expenses ("Memorandum") within five days of the entry of this Order

2. As was noted in that Memorandum, the complete billing records for the Shanks & Herbert firm were only received on September 1st; the Supplemental Declaration of Timothy DeWitt explains those records and attaches them as an exhibit for the Court's in camera review. The corrected pages to the Memorandum being submitted

by GETS correct a clerical error in the September 1, 2004 filing – the disbursements of the Shanks & Herbert firm were inadvertently included in the attorneys' fees summary and consequently were counted twice in the requested fee and expenses award. GETS therefore submits corrected pages for pages 1, 5 & 6 of the Memorandum that reflect the correct amounts sought and a Declaration of Charles D. Ossola that corrects the amounts listed in ¶ 2.

3. In light of GETS's filing of corrected and supplemental papers in support of its Motion for Award of Reasonable Attorneys' Fees and Expenses, Wabtec Railway Electronics ("Wabtec") (formerly Westinghouse Air Brake Company) shall have ten (10) business days from the filing of such corrected and supplemental papers to respond to GETS's Motion for Award of Reasonable Attorneys' Fees and Expenses.

_____  
Margaret M. Manning (#4183)  
Buchanan Ingersoll PC  
The Nemours Building  
1007 N. Orange Street-Suite 1110  
Wilmington, DE 19801  
Tel. 302-428-5500  
Wilmington, DE 19801  
*Attorneys for Westinghouse Air Brake Technologies Corporation*

_____  
Frederick L. Cottrell, III Esq. (#2555)  
Anne Shea Gaza (#4093)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
Tel: 302-658-6541  
*Attorneys for GE Transportation Systems Global Signaling, LLC*

DATED: September 9, 2004

DATED: September 9, 2004

SO ORDERED:

_____  
United States District Judge

2