# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

September 28, 2005

**VIA CM/ECF FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court District of Delaware
844 King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

Re:   *GE Harris Railway, et al v. Westinghouse Brake*
      C.A. No. 99-70 (GMS)

Dear Judge Sleet:

Pursuant to Your Honor's Order dated September 26, 2005 (D.I. 301), GETS has caused to be delivered today to Wabtec's counsel unredacted copies of GETS' billing invoices in this matter. In doing so, we wish to reassure the Court that our decision to serve redacted copies of these billing records on Wabtec's counsel was not prompted by any desire to obstruct or make more difficult their task in opposing our motion. Nor was this decision intended to complicate the Court's task in resolving this motion. It was, rather, a considered decision based on what we believed then and now were legitimate concerns that voluntary disclosure of unredacted billing records in this case could lead to an inadvertent waiver of our client's attorney-client and/or work product privileges. This was of particular concern because of the fact that an appeal of the Court's decision on the merits may be filed by Wabtec after the motion for fees is resolved.

We hope that Your Honor and opposing counsel will accept this representation as to why redacted copies of the billing invoices were originally served. To the extent that the Court has been inconvenienced or opposing counsel prejudiced, we apologize and trust that service of the unredacted invoices pursuant to the Court's Order will lead to a fair resolution of the motion for attorneys' fees and will not result in any waiver of GETS' attorney-client and work product privileges.

Respectfully,

Frederick L. Cottrell, III

RLF1-2927207-1

The Honorable
September 28, 2005
Page 2


FLC:csi
cc:   Clerk of Court (by CM/ECF filing)
       Margaret M. Manning, Esq. (by CM/ECF filing & hand delivery
       Daniel M. Darragh, Esq. (by facsimile)
       Charles D. Ossola, Esq. (by facsimile)

RLF1-2927207-1