UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, LLC )<br>)<br>and )<br>)<br>GE HARRIS RAILWAY ELECTRONICS )<br>SERVICES, LLC )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WESTINGHOUSE AIR BRAKE COMPANY, )<br>)<br>Defendant ) | Civil Action No. 99-070 GMS |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Daniel M. Darragh (PA ID No. 34076), whose admission *pro hac vice* has previously been granted by this Court, has the following change of address:

Daniel M. Darragh
Cohen & Grigsby, PC
11 Stanwix Street
Pittsburgh, PA 15222-1319
Tel: (412) 297-4718
Fax: (412) 209-1940
Email: ddarragh@cohenlaw.com

**PLEASE TAKE FURTHER NOTICE** that Buchanan Ingersoll PC hereby requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), that all notices given or required to be given in this case by the Court, the Debtor, and/or any other parties-in-interest in this case continue to be given to Buchanan Ingersoll PC as set forth below.

BUCHANAN INGERSOLL PC

By: /s/ *Margaret M. Manning*
    Margaret M. Manning (#4183)
    The Nemours Building
    1007 N. Orange Street, Suite 1110
    Wilmington, DE 19801
    Telephone: (302) 428-5500
    Facsimile: (302) 428-3996

OF COUNSEL:
George Patrick Baier (PA ID No. 17233)
BUCHANAN INGERSOLL PC
One Oxford Centre - 20th Floor
301 Grant Street
Pittsburgh, Pennsylvania 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041

DATED: September 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2005, a true and correct copy of the foregoing *Notice of Change of Address* was served on counsel of record at the following addresses as indicated:

*Via Hand Delivery*
Frederick L. Cottrell, III Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Via UPS*
Charles D. Ossola, Esquire
Arnold & Porter LLP
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, DC 20004-1202


/s/ Margaret M. Manning
Margaret M. Manning