# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

September 30, 2005

**VIA CM/ECF FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
U.S. District Court District of Delaware
844 King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

Re: *GE Harris Railway, et al v. Westinghouse Brake*
C.A. No. 99-70 (GMS)

Dear Judge Sleet:

Further to Your Honor's Order dated September 26, 2005 (D.I. 301), GETS has caused to be delivered today to Wabtec's counsel unredacted copies of GETS' supplemental billing invoices in this matter, which correspond to Your Honor's Order dated April 1, 2005 (D.I. 296) and GETS' filing of the Corrected Declaration of Charles D. Ossola (D.I. 298) and the Supplemental Declaration of Timothy R. DeWitt (D.I. 299) on April 5, 2005.

With GETS' production today of the unredacted supplemental billing invoices, we believe that we have fully satisfied the production requirements of Your Honor's Order of September 26, 2005 and trust that this production will not result in any waiver of GETS' attorney-client and work product privileges. Accordingly, we respectfully suggest that Wabtec's time to file a response to GETS' motion for attorneys' fees and expenses be deemed to commence with today's production.

Respectfully,

Anne Shea Gaza

ASG:csi
cc: Clerk of Court (by CM/ECF filing)
Margaret M. Manning, Esq. (by CM/ECF filing & hand delivery)
Daniel M. Darragh, Esq. (by facsimile)
Charles D. Ossola, Esq. (by facsimile)

RLF1-2929035-1