# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GE HARRIS RAILWAY ELECTRONICS, L.L.C.,    )   **HIGHLY CONFIDENTIAL**
and GE-HARRIS RAILWAY ELECTRONICS     )   **FILED UNDER SEAL**
SERVICES, L.L.C.                               )   **ATTORNEYS' EYES ONLY**
                                           )
       Plaintiffs,                      )
                                         )
   v.                                  )   Civil Action No. 99-070 GMS
                                         )
WESTINGHOUSE AIR BRAKE COMPANY,        )
                                         )
       Defendant.                    )

## WABTEC'S SUPPLEMENTAL MEMORANDUM IN
## OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD
## OF REASONABLE ATTORNEY'S FEES AND EXPENSES

Margaret M. Manning, Esq. (#4183)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street – Suite 1110
Wilmington, DE  19801
302.428.5500
302.428.3996 (fax)

OF COUNSEL:
George Patrick Baier, Esq. (Pa. I.D. #17233)
BUCHANAN INGERSOLL PC
One Oxford Centre – 20th Floor
Pittsburgh, PA  15219
412.562.8800
412.562.1041 (fax)

Daniel M. Darragh, Esq. (Pa. I.D. #34076)
COHEN & GRIGSBY, P.C.
11 Stanwix Street – 15th Floor
Pittsburgh, PA  15222
412.297.4900
412.209.1940 (fax)

Dated:  October 14, 2005

# SEALED DOCUMENT