UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, L.L.C., and GE-HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE COMPANY, <br><br> Defendant. | **HIGHLY CONFIDENTIAL** <br> **FILED UNDER SEAL** <br> **ATTORNEYS' EYES ONLY** <br><br><br> Civil Action No. 99-070 GMS |

**APPENDIX TO WABTEC'S SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD
OF REASONABLE ATTORNEY'S FEES AND EXPENSES**

Margaret M. Manning, Esq. (#4183)
BUCHANAN INGERSOLL PC
The Nemours Building
1007 N. Orange Street – Suite 1110
Wilmington, DE 19801
302.428.5500
302.428.3996 (fax)

OF COUNSEL:
George Patrick Baier, Esq. (Pa. I.D. #17233)
BUCHANAN INGERSOLL PC
One Oxford Centre – 20th Floor
Pittsburgh, PA 15219
412.562.8800
412.562.1041 (fax)

Daniel M. Darragh, Esq. (Pa. I.D. #34076)
COHEN & GRIGSBY, P.C.
11 Stanwix Street – 15th Floor
Pittsburgh, PA 15222
412.297.4900
412.209.1940 (fax)

Dated: October 14, 2005

# SEALED DOCUMENT