# APPENDICES 2-9
# REDACTED