# APPENDIX 1

## GETS DEPOSITIONS

| Date | Witness Name | Status | Length of Time | Transcript | GETS Attorney |
|---|---|---|---|---|---|
| 03/05/03 | R. Bourg | Wabtec employee | Approximately 6.25 hours | 147 pages | T. DeWitt |
| 03/06/03 | B. Friedman, Esq. | Metz Lewis PC | Approximately 1.75 hours | 56 pages | T. DeWitt |
| 03/10/03 | R. Haag | Wabtec employee | Approximately 4.25 hours | 180 pages | C. Ossola |
| 03/10/03 | R. Klemanski | Wabtec employee | Approximately 3.0 hours | 94 pages | T. DeWitt |
| 03/28/03 | D. Concepcion | Wabtec employee | Approximately 6.5 hours | 181 pages | T. DeWitt |
| 04/03/03 | R. Kull | Wabtec employee | Approximately 4.0 hours | 133 pages | C. Ossola / T. DeWitt |
| 04/10/03 | R. Dreasher | Wabtec employee | Approximately 2.5 hours | 70 pages | T. DeWitt |
| 04/10/03 | T. Allwardt | Wabtec employee | Approximately 2.5 hours | 79 pages | T. DeWitt |
| 04/11/03 | G. Bailey | Wabtec employee | Approximately 3.0 hours | 78 pages | T. DeWitt |
| 04/23/03 | W. White | Wabtec employee | Approximately 2.25 hours | 76 pages | T. DeWitt |
| 05/08/03 | R. Sturges | Expert | Approximately 2.75 hours | 92 pages | T. DeWitt |
| 05/09/03 | W. Wolf | Expert | Approximately 3.5 hours | 106 pages | T. DeWitt |

**WABTEC DEPOSITIONS**

| Date | Witness Name | Status | Length of Time | Transcript | GETS Attorney |
|---|---|---|---|---|---|
| 03/11/03 | E. Smith | GETS employee | Approximately 3.5 hours | 112 pages | T. DeWitt |
| 04/04/03 | J. Kiss | GETS employee | Approximately 4.0 hours | 107 pages | C. Ossola |
| 04/23/03 | R. Nichols | Expert | Approximately 2.5 hours | 95 pages | T. DeWitt |
| 04/24/03 | C. Jackson | Expert | Approximately 4.5 hours | 110 pages | T. DeWitt |