IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, L.L.C., and GE HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE COMPANY, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> :     Civil Action No. 99-070-GMS |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Thomas J. Francella, Esquire, of Reed Smith LLP, is hereby entering his appearance on behalf of defendant Westinghouse Air Brake Company.

                                     Respectfully submitted,

                                     REED SMITH LLP

BY:    /s/ Thomas J. Francella, Jr.
          Thomas J. Francella, Jr., Esq.
          Delaware Bar ID No. 3835
          1201 Market Street Suite 1500
          Wilmington, DE 19801
          Tel: (302) 778-7544
          Fax: (302 778-7575
          Email: tfrancella@reedsmith.com

Dated: April 28, 2006