IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GE HARRIS RAILWAY ELECTRONICS, L.L.C., and GE HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C., | : : : : | |
| Plaintiffs, | : | Civil Action No. 99-070-GMS |
| v. | : : | |
| WESTINGHOUSE AIR BRAKE COMPANY, | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Westinghouse Air Brake Company ("WABTEC"), Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the April 28, 2003 Order granting Plaintiffs' motion for order to show cause why WABTEC should not be held in contempt; the March 29, 2004 Order granting Plaintiffs' motion for sanctions; the August 18, 2004 Order (entered on the docket on August 20, 2004) finding WABTEC in contempt of the December 1, 2000 Consent Order, awarding Plaintiffs damages, and finding that Plaintiffs were entitled to attorney's fees; and the March 29, 2006 Order awarding Plaintiffs attorneys' fees and expenses.

Respectfully submitted,

REED SMITH LLP

BY:  /s/ Thomas J. Francella, Jr.
Thomas J. Francella, Jr., Esq.
Delaware Bar ID No. 3835
1201 Market Street Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302 778-7575
Email: tfrancella@reedsmith.com

Dated: April 28, 2006