IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HARRIS RAILWAY ELECTRONICS, L.L.C., and GE HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C., <br><br> Plaintiffs, <br><br> v. <br><br> WESTINGHOUSE AIR BRAKE COMPANY, <br><br> Defendant. | : <br> : <br> : <br> : Civil Action No. 99-070-GMS <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr., Esq., hereby certify that on this 28th day of April, 2006 I caused a true and correct copy of the following:

1. Entry of Appearance (Docket No. 312; Filed on April 28, 2006); and

2. Notice of Appeal (Docket No. 313; Filed on April 28, 2006).

to be served upon the addressees on the attached service list in the manner indicated.

                                 Respectfully submitted,

                                 REED SMITH LLP

             BY:     /s/ Thomas J. Francella, Jr.
                          Thomas J. Francella, Jr., Esq.
                          Delaware Bar ID No. 3835
                          1201 Market Street Suite 1500
                          Wilmington, DE 19801
                          Telephone: (302) 778-7500
                          Facsimile: (302 778-7575
                          Email:  tfrancella@reedsmith.com

Dated:  April 28, 2006

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Charles D. Ossola, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1202

**VIA FIRST CLASS MAIL**
Timothy R. DeWitt, Esq.
24IP Law Group USA, PLLC
600 Cameron Street
Alexandria, VA  22314

**VIA HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0551