## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GE HARRIS RAILWAY ELECTRONICS, L.L.C.,** and **GE HARRIS RAILWAY ELECTRONICS SERVICES, L.L.C.,** | : : : | |
| Plaintiffs, | : | **Civil Action No. 99-070-GMS** |
| v. | : | |
| **WESTINGHOUSE AIR BRAKE COMPANY,** | : : | |
| Defendant. | | |

### CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr., Esq., hereby certify that on this 28th day of April, 2006 I caused a true and correct copy of the Amended Notice of Appeal to be served upon the addressees on the attached service list in the manner indicated.

    Respectfully submitted,

    REED SMITH LLP

BY:   /s/ Thomas J. Francella, Jr.
      Thomas J. Francella, Jr., Esq.
      Delaware Bar ID No. 3835
      1201 Market Street Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302 778-7575
      Email: tfrancella@reedsmith.com

Dated: April 28, 2006

**SERVICE LIST**

**VIA FIRST CLASS MAIL**
Charles D. Ossola, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1202

**VIA FIRST CLASS MAIL**
Timothy R. DeWitt, Esq.
24IP Law Group USA, PLLC
600 Cameron Street
Alexandria, VA 22314

**VIA HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0551