# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2006-1390 - GE HARRIS V WESTINGHOUSE BRAKE

**Date of docketing:** 05/08/2006

**Appeal from:** United States District Court / District of Delaware
case no. 99-CV-00070

**Appellant(s):** Westinghouse Air Brake Company

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing.)* See the en banc order dated August 1, 2005. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Delaware
Frederick L. Cottrell, III
Thomas J. Francella, Jr.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2006-1390

GE HARRIS RAILWAY ELECTRONICS, LLC,
and GE HARRIS RAILWAY ELECTRONICS SERVICES, LLC,

Plaintiffs-Appellees,

v.

WESTINGHOUSE AIR BRAKE COMPANY,

Defendant-Appellant.

Appeal from the United States District Court for the District of Delaware in case no. 99-CV-00070, Judge Gregory M. Sleet.

Authorized Abbreviated Caption[2]

GE HARRIS v WESTINGHOUSE BRAKE, 2006-1390

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.