# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2006-1390

GE HARRIS RAILWAY ELECTRONICS, LLC,
and GE HARRIS RAILWAY ELECTRONICS SERVICES, LLC,

Plaintiffs-Appellees,

v.

WESTINGHOUSE AIR BRAKE COMPANY,

Defendant-Appellant.

ORDER

Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

05/22/06

cc: Clerk's Office, DCT
Thomas J. Francella, Jr.
Frederick L. Cottrell, III

**ISSUED AS A MANDATE:** 05/22/06

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2006

JAN HORBALY
CLERK

GE HARRIS V WESTINGHOUSE BRAKE, 2006-1390
DCT - 99-CV-00070  GMS

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 05/22/06