CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00070-GMS
### Internal Use Only

| | |
|---|---|
| GE Harris Railway, et al v. Westinghouse Brake | Date Filed: 02/12/1999 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 03/29/2006 |
| Demand: $0 | Jury Demand: Both |
| Case in other court: U.S. Court of Appeals for the Federal Circuit, 06-01390 | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**GE Harris Railway Electronics,LLC**   represented by   **David A. Felice**
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2000
Fax: (302) 295-2013
Email: dfelice@cozen.com
*TERMINATED: 07/29/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801
(302) 577-2444
*TERMINATED: 09/20/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Moyer**
Richards, Layton & Finger

        One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Email: moyer@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Allen**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: rallen@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
*TERMINATED: 08/19/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*TERMINATED: 07/26/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **GE Harris Railway Electronics Services, LLC** | represented by | **David A. Felice** (See above for address) *TERMINATED: 07/29/2004* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Donald F. Parsons, Jr.** (See above for address) |

*TERMINATED: 09/20/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick L. Cottrell, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Moyer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**
(See above for address)
*TERMINATED: 08/19/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
(See above for address)
*TERMINATED: 07/26/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Westinghouse Air Brake Company**   represented by   **Margaret M. Manning**
Buchanan Ingersoll & Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
Email: margaret.Manning@bipc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Matterer**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800

        Fax: (302) 571-1750
        Email: mmatterer@morrisjames.com
        *TERMINATED: 10/01/2002*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven L. Caponi**
        Blank Rome LLP
        1201 North Market Street
        Suite 800
        Wilmington, DE 19801-4226
        (302) 425-6400
        Email: caponi@blankrome.com
        *TERMINATED: 10/01/2002*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stuart M. Brown**
        Edwards Angell Palmer & Dodge LLP
        919 North Market Street
        Suite 1500
        Wilmington, DE 19801
        (302) 777-7770
        Email: sbrown@edwardsangell.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Thomas Joseph Francella, Jr.**
        Reed Smith LLP
        1201 Market Street
        Suite 1500
        Wilmington, DE 19801
        (302) 778-7500
        Fax: (302) 778-7575
        Email: tfrancella@reedsmith.com
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Westinghouse Air Brake Company**     represented by    **Mary Matterer**
        (See above for address)
        *TERMINATED: 10/01/2002*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Steven L. Caponi**
        (See above for address)
        *TERMINATED: 10/01/2002*
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Stuart M. Brown**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **GE Harris Railway Electronics,LLC** | represented by | **Donald F. Parsons, Jr.**<br>(See above for address)<br>*TERMINATED: 09/20/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard D. Allen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard L. Horwitz**<br>(See above for address)<br>*TERMINATED: 08/19/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William J. Marsden, Jr.**<br>(See above for address)<br>*TERMINATED: 07/26/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey L. Moyer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **GE Harris Railway Electronics Services, LLC** | represented by | **Donald F. Parsons, Jr.**<br>(See above for address)<br>*TERMINATED: 09/20/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard D. Allen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard L. Horwitz**<br>(See above for address)<br>*TERMINATED: 08/19/1999*<br>*LEAD ATTORNEY* |

|            |     |                                                                                                                                                                                                                                                                                       |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 11/22/2000)                                                                                                                                                                                                                                                                           |
| 11/17/2000 | 166 | Joint MOTION by GE Harris Railway, GE Harris Elec Serv., Westinghouse Brake to Modify November 11, 1999 Permanent Consent Order re: [166-1] motion (gp) (Entered: 11/22/2000)                                                                                                         |
| 11/17/2000 | 167 | NOTICE and Order of Dismissal by GE Harris Railway, GE Harris Elec Serv., Westinghouse Brake with prejudice, each party to bear its own costs (gp) (Entered: 11/22/2000)                                                                                                              |
| 12/01/2000 |     | So Ordered granting [165-1] proposed Amended Permanent Consent order granting [166-1] motion to Modify November 11, 1999 Permanent Consent Order granting [167-1] notice and Order of Dismissal; SEE ORDERS FOR FURTHER DETAILS ( signed by Judge Gregory M. Sleet Notice to all parties. (gp) (Entered: 12/03/2000) |
| 12/03/2000 |     | Case closed (gp) (Entered: 12/03/2000)                                                                                                                                                                                                                                                |
| 12/04/2000 |     | Exit Report to Commissioner of Patents and Trademarks. Exit copy. (gp) (Entered: 12/04/2000)                                                                                                                                                                                          |
| 07/13/2001 | 168 | ORDER directing Clerk to return Sealed Documents; see order for further details ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (gp) (Entered: 07/17/2001)                                                                                                                      |
| 07/19/2001 | 169 | Return Acknowledgment of receipt of item nos.49, 96, 97, 98,99,143, 158,159 and 160 (gp) (Entered: 07/23/2001)                                                                                                                                                                        |
| 07/24/2001 | 170 | Return Acknowledgment of receipt from cnsl. of item nos. 30 and 31 (gp) (Entered: 07/25/2001)                                                                                                                                                                                         |
| 08/17/2001 | 171 | Return Acknowledgment of receipt by cnsl. of item nos. 40,41,84,85,104,145,154-157 and 162 (gp) (Entered: 08/20/2001)                                                                                                                                                                 |
| 09/20/2002 | 172 | MOTION by GE Harris Railway, GE Harris Elec Serv. for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order Answer Brief due 10/4/02 re: [172-1] motion (gp) (Entered: 09/23/2002)       |
| 09/20/2002 | 173 | Opening Brief Filed by GE Harris Railway, GE Harris Elec Serv. [172-1] motion for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order [Sealed] (gp) (Entered: 09/23/2002)              |
| 09/20/2002 | 174 | Appendix to Brief Filed by GE Harris Railway, GE Harris Elec Serv. Appending [173-1] opening brief [Sealed] (gp) (Entered: 09/23/2002)                                                                                                                                                |
| 09/20/2002 | 175 | **Terminated attorney Donald F. Parsons for GE Harris Elec Serv., attorney Donald F. Parsons for GE Harris Railway, attorney Donald F. Parsons for GE Harris Railway Notice of attorney appearance for GE Harris Railway, GE Harris Elec Serv., GE Harris Railway, GE Harris Elec Serv. by Frederick L. Cottrell III, Jeffrey L. Moyer (gp) (Entered: 09/24/2002) |
|            |     |                                                                                                                                                                                                                                                                                       |

| | | |
|---|---|---|
| 09/20/2002 | | (Court only) *** Attorney Donald F. Parsons, Jr terminated effective 9/20/02. (rbe, ) (Entered: 09/30/2005) |
| 10/01/2002 | 176 | **Terminated attorney Steven L. Caponi for Westinghouse Brake, attorney Mary Matterer for Westinghouse Brake, attorney Mary Matterer for Westinghouse Brake, attorney Steven L. Caponi for Westinghouse Brake Notice of attorney appearance for Westinghouse Brake, Westinghouse Brake by Stuart M. Brown (gp) (Entered: 10/03/2002) |
| 10/04/2002 | 177 | STIPULATION extending time to and including 11/4/02 for Westinghouse to respond to motion for order to show cause; and GE have have (14) days through & including 11/18/02 to fle its reply (gp) (Entered: 10/07/2002) |
| 10/10/2002 | 178 | Letter from counsel for Westinghouse in support of request for (30) day extension of time to file its answer to motion for order to show cause (gp) (Entered: 10/15/2002) |
| 10/10/2002 | 179 | Letter response from counsel for GE Harris to Westinghouse letter of 10/10/02 regarding extension of time to respond to their motion to show cause (gp) (Entered: 10/15/2002) |
| 10/15/2002 | | So Ordered granting [177-1] stipulation extending time to 11/4/02 for deft. to file ans.brief to motion for order to show cause; reply due 11/18/02 ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 10/15/2002) |
| 10/15/2002 | | Deadline updated; reset Answer Brief Deadline to 11/4/02 re: [172-1] motion for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order , reset Reply Brief Deadline to 11/18/02 re: [172-1] motion for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order (gp) (Entered: 10/15/2002) |
| 11/01/2002 | 180 | Answer Brief and Appendix Filed by Westinghouse Brake [172-1] motion for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order - Reply Brief due 11/18/02 [Sealed] (gp) (Entered: 11/01/2002) |
| 11/18/2002 | 181 | Reply Brief Filed by GE Harris Railway, GE Harris Elec Serv. [172-1] motion for Order to Show Cause Why Wabtec, Inc., (formerly Westinghosue Air Brake) Should not be held in Contempt of Court's Amended Permanent Consent Order [Sealed] (gp) (Entered: 11/19/2002) |
| 11/20/2002 | | (Court only) **Terminated deadlines (lg) (Entered: 11/20/2002) |
| 11/20/2002 | 182 | Letter from cnsl. GE that they have filed their reply brief in support of their motion for order to show cause why deft. should not be held in contempt suggesting that the court allow 90 day discovery period followed by a hrg. if needed (gp) (Entered: 11/21/2002) |
| 12/20/2002 | 183 | REVISED SCHEDULING ORDER setting Discovery cutoff (90) days |

| | | |
|---|---|---|
| 05/02/2003 | 226 | MOTION by GE Harris Railway, GE Harris Elec Serv. for Sanctions for deft. Wabetec's Spoilation of Evidence Answer Brief due 5/16/03 re: [226-1] motion (gp) (Entered: 05/06/2003) |
| 05/02/2003 | 227 | Opening Brief Filed by GE Harris Railway, GE Harris Elec Serv. [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence [Sealed] (gp) (Entered: 05/06/2003) |
| 05/02/2003 | | (Court only) **Added for GE Harris Railway, GE Harris Elec Serv. attorney David Allan Felice (gp) (Entered: 05/06/2003) |
| 05/05/2003 | 228 | NOTICE by GE Harris Railway, GE Harris Elec Serv. to take deposition of Robert H. Sturges, Ph.D. on 05/08/03 (gp) (Entered: 05/06/2003) |
| 05/05/2003 | 229 | NOTICE by GE Harris Railway, GE Harris Elec Serv. to take deposition of Wayne H. Wolf,Ph.D on 05/09/03 (gp) (Entered: 05/06/2003) |
| 05/09/2003 | 230 | PRE-HEARING MEMORANDUM by Westinghouse Brake (gp) (Entered: 05/09/2003) |
| 05/09/2003 | 231 | Appendix to Pre-Hearing Memorandum Filed by Westinghouse Brake Appending (gp) (Entered: 05/12/2003) |
| 05/09/2003 | 232 | PRE-Hearing MEMORANDUM by GE Harris Railway, GE Harris Elec Serv. on contempt of amended consent order [Seaed] (gp) (Entered: 05/12/2003) |
| 05/12/2003 | 233 | Evidentiary Hearing Exhibit list by GE Harris Railway, GE Harris Elec Serv. (gp) (Entered: 05/13/2003) |
| 05/12/2003 | 234 | Plaintiff's objections to defts. evidentiary hearing exhibits (gp) (Entered: 05/13/2003) |
| 05/13/2003 | | Evidentiary hearing on whether deft. should be held in contempt of the Court's Amended Permanent Consent Order of 12/1/00; Day (1) held (rpt. D.Hawkins/J.Guy) before Judge Sleet; pltf. case in chief (hrg. day 2 to conintue on 5/14/03) (gp) Modified on 05/14/2003 (Entered: 05/13/2003) |
| 05/14/2003 | | Evidentiary hearing held (Day 2) (rpt. D.Hawkins/J.Guy) defts. case-in-chief; parties to meet and confer and submit stip. brief schedule on Findings and Conclusions (gp) (Entered: 05/14/2003) |
| 05/16/2003 | 235 | TRANSCRIPT filed for dates of 04/25/03 (gp) (Entered: 05/16/2003) |
| 05/16/2003 | 236 | TRANSCRIPT filed for dates of 05/13/03 (gp) (Entered: 05/16/2003) |
| 05/16/2003 | 237 | TRANSCRIPT filed for dates of 05/14/03 (gp) (Entered: 05/16/2003) |
| 05/21/2003 | 238 | STIPULATION re: supplemental scheduling order for post-hearing submissions (gp) (Entered: 05/23/2003) |
| 05/23/2003 | | So Ordered granting [238-1] stipulated post-hearing schedule as follows: 05/29/03 parties to file & exchange depo.designations and deff. to file response to motion for sanctions; 06/12/03 parties to file & exchange depo.counter designations and pltf. to file reply re: motion for sanctions; |

| | | |
|---|---|---|
| | | 06/19/03 pltf. to submit to deft. proposed stip. to undisputed facts; 06/26/03; parties to file evident. objections to depo. designations and counter design.; 07/24/03; parties to file stip.as to undisputed facts, proposed findings and proposed conclusions; 07/31/03 parties to file reply briefs not to exceed 20 pages ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 05/23/2003) |
| 05/23/2003 | | Deadline updated; reset Answer Brief Deadline to 5/29/03 re: [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence , reset Reply Brief Deadline to 6/12/03 re: [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence (gp) (Entered: 05/23/2003) |
| 05/29/2003 | 239 | STIPULATION re: Plaintiff direct Exh. No. 4 and Defendants Exh. No. 48 [Sealed] (gp) Modified on 05/30/2003 (Entered: 05/30/2003) |
| 05/29/2003 | 240 | Answer (Memorandum in Opposition) Brief Filed by Westinghouse Brake [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence - Reply Brief due 6/12/03 [Sealed] (gp) (Entered: 05/30/2003) |
| 05/29/2003 | 241 | Appendix to Brief Filed by Westinghouse Brake Appending in support of [240-1] answer brief in opposition to motion for sanctions [Sealed] (gp) (Entered: 05/30/2003) |
| 05/29/2003 | 242 | Defendant's Affirmative DEPOSITION Designations [Sealed] (gp) (Entered: 05/30/2003) |
| 05/29/2003 | 243 | Plaintiff's Affirmative DEPOSITION and Exhibit Designations (gp) (Entered: 05/30/2003) |
| 05/29/2003 | | (Court only) **Terminated deadlines (lg) (Entered: 06/23/2003) |
| 05/30/2003 | 244 | Exhibit A-D to Affirmative Deposition Designations by GE Harris Railway, GE Harris Elec Serv. [Sealed] (gp) (Entered: 06/04/2003) |
| 05/30/2003 | 245 | Exhibits E-J to Affirmative Deposition Designations by GE Harris Railway, GE Harris Elec Serv. [Sealed] (gp) (Entered: 06/04/2003) |
| 05/30/2003 | 246 | Exhibits Volume I of III to Affirmative Deposition Designations list by GE Harris Railway, GE Harris Elec Serv. [Sealed] (gp) (Entered: 06/04/2003) |
| 05/30/2003 | 247 | Exhibits Volume II of III to Affirmative Deposition Designations by GE Harris Railway, GE Harris Elec Serv. [Sealed] (gp) (Entered: 06/04/2003) |
| 05/30/2003 | 248 | Exhibits Volume III of III to Affirmative Deposition Designations list by GE Harris Railway, GE Harris Elec Serv. [Sealed] (gp) (Entered: 06/04/2003) |
| 06/05/2003 | | So Ordered granting [239-1] stipulation that document bearing bates nos. GS01468-01507 letter from GE to Mr. W.Thomas of Queensland Rail is admitted into evidence and deemed part of pltfs. direct exhibit no.4 and deft. exhibit no. 48 ( signed by Judge Gregory M. Sleet ) Notice to all parties. [SEALED] (gp) (Entered: 06/06/2003) |
| | | |

| | | |
|---|---|---|
| 06/12/2003 | 249 | Defendant's DEPOSITION Counter-Designations [Sealed] (gp) (Entered: 06/12/2003) |
| 06/12/2003 | 250 | Reply Brief Filed by GE Harris Railway, GE Harris Elec Serv. [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence [Sealed] (gp) (Entered: 06/12/2003) |
| 06/12/2003 | 251 | Plaintiff's Counter-DEPOSITION Designations [Sealed] (gp) (Entered: 06/12/2003) |
| 06/26/2003 | 252 | STIPULATION extending time within which parties may file their evidentiary objecjtions to deposition designations and counter-designations (gp) (Entered: 06/27/2003) |
| 06/27/2003 | 253 | Plaintiff's Evidentiary objections to defts. deposition designations and counter-designations (gp) (Entered: 06/30/2003) |
| 07/01/2003 | | So Ordered granting [252-1] stipulation extending time through and including w/in which parties to file their evidentiary objections to deposition designations and counter designations ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 07/01/2003) |
| 07/03/2003 | 254 | Defendant's Response to pltfs objections to deft deposition designations and counter-designations [Sealed] (gp) (Entered: 07/07/2003) |
| 07/03/2003 | 255 | MOTION by Westinghouse Brake for Leave to Supplement the Record on GE's pending motion for contempt Answer Brief due 7/17/03 re: [255-1] motion [Sealed] (gp) (Entered: 07/07/2003) |
| 07/03/2003 | | (Court only) **Added for Westinghouse Brake attorney Margaret M. Manning (gp) (Entered: 07/07/2003) |
| 07/15/2003 | 256 | STIPULATION re: transcript from deposition of James Kiss to be taken on 07/18/03 (gp) (Entered: 07/16/2003) |
| 07/17/2003 | | So Ordered granting [256-1] stipulation permitting the deposition transcript of James Kiss to be submitted as a part of the record for purposes of GE's pending motion for contempt ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 07/17/2003) |
| 07/17/2003 | 257 | STIPULATED brief schedule re: proposed findings and proposed conclusions (gp) (Entered: 07/18/2003) |
| 07/18/2003 | | So Ordered granting [257-1] stipulated brief schedule as follows: proposed findings of facts and conclusions of law due 08/07/03; replyb rief 08/21/03( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 07/18/2003) |
| 07/25/2003 | 258 | STIPULATION and Exhibit A and Supplemental Exhibits Nos. 1-17 [Sealed] (gp) (Entered: 07/25/2003) |
| 07/28/2003 | | So Ordered granting [258-1] stipulation that transcript of James Kiss Exh. A and supplemetal exhs. nos. 1-17 marked at the Kiss deposition taken on 07/18/03 shall be considered a part of the reocrd on pltfs motion for contempt ( signed by Judge Gregory M. Sleet ) Notice to all parties. |

| | | |
|---|---|---|
| | | [Sealed] (gp) (Entered: 07/28/2003) |
| 08/07/2003 | 259 | STIPULATION of Undisputed Facts [Sealed] (gp) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/07/2003 | 260 | Proposed Findings of Fact filed by Westinghouse Brake on GET's Motino for Contempt (gp) Modified on 08/07/2003 (Entered: 08/07/2003) |
| 08/07/2003 | 261 | SEALED Proposed Findings of Fact and Conclusions of Law filed by GE Harris Railway and GE Harris Elec Serv. (lg) (Entered: 08/08/2003) |
| 08/19/2003 | | So Ordered granting [259-1] Stipulation of Undisputed Facts ( signed by Judge Gregory M. Sleet ) Notice to all parties. (lg) (Entered: 08/19/2003) |
| 08/19/2003 | 262 | STIPULATION with proposed order for the parties to file and serve any reply briefs not exceeding 20 pages by 8/28/03 (lg) (Entered: 08/20/2003) |
| 08/20/2003 | | So Ordered granting [262-1] stipulation that the parties will file and serve any reply briefs not exceeding 20 pages by 8/28/03 ( signed by Judge Gregory M. Sleet ) Notice to all parties. (lg) (Entered: 08/20/2003) |
| 08/28/2003 | 263 | Reply Filed by Westinghouse Brake to Plaintiff's Proposed Findings of Fact and Conclusions of Law and Appendix [Sealed] (gp) (Entered: 08/29/2003) |
| 08/28/2003 | 264 | Reply filed by GE Harris Railway, GE Harris Elec Serv. to Wabtec's Proposed Findings of Fact and Conclusions of Law on GET's motion for contempt [Sealed] (gp) (Entered: 08/29/2003) |
| 09/10/2003 | 265 | REQUEST by GE Harris Railway, GE Harris Elec Serv. for post-hearing oral argument on motion for contempt (gp) (Entered: 09/11/2003) |
| 10/23/2003 | 266 | STIPULATION of agreed statement of facts to be supplemented into record on pltf. pending motion for contempt [SEALED] (gp) (Entered: 10/24/2003) |
| 10/24/2003 | 267 | Letter from cnsl. regarding deposition designations of Robert Kull that certain portions of the deposition are attached to GE's motion for sanction DI 227 Exh. A (gp) (Entered: 10/24/2003) |
| 10/29/2003 | | So Ordered granting [266-1] stipulation supplementing record w/agreed statement of facts ( signed by Judge Gregory M. Sleet ) Notice to all parties. (gp) (Entered: 10/29/2003) |
| 02/06/2004 | 268 | NOTICE of firm registration that Arnold & Porter has registered as a limited liability partnership cnsl.GE Harris Railway, GE Harris Elec Serv. (gp) (Entered: 02/09/2004) |
| 03/29/2004 | 269 | MEMORANDUM ( signed by Judge Gregory M. Sleet ) copies to: cnsl (lg) (Entered: 03/29/2004) |
| 03/29/2004 | 270 | ORDER granting [226-1] motion for Sanctions for deft. Wabetec's Spoilation of Evidence; the court will adopt an adverse inference in favor of GETS where factual ambiguities created by the spoilation arise; the |

| | | |
|---|---|---|
| | | court reserves ruling on the particulars of those inferences ( signed by Judge Gregory M. Sleet ) copies to: cnsl (lg) (Entered: 03/29/2004) |
| 03/29/2004 | 271 | ORDER granting [255-1] motion for Leave to Supplement the Record on GE's pending motion for contempt ( signed by Judge Gregory M. Sleet ) copies to: cnsl (asw) (Entered: 03/29/2004) |
| 03/30/2004 | 272 | Letter from cnsl for Westinghous Brake to Judge Sleet to advise that Wabtec's Motion for Leave to Supplement the Record is resolved (lg) (Entered: 03/31/2004) |
| 07/29/2004 | 273 | **Terminated attorney David Allan Felice for GE Harris Elec Serv., attorney David Allan Felice for GE Harris Railway Notice of attorney appearance for GE Harris Elec Serv. and GE Harris Railway by Frederick Cottrell, Esq. (asw) (Entered: 08/02/2004) |
| 08/20/2004 | 274 | MEMORANDUM OPINION ( signed by Judge Gregory M. Sleet ) copies to: cnsl. (ljj) (Entered: 08/20/2004) |
| 08/20/2004 | 275 | ORDER ( signed by Judge Gregory M. Sleet ) that (1) Wabtec must pay GETS compensatory damages in the amount of $25,675.50 per FreightCorp 90 (or equivalent) unit sold or offered for sale, of which $1,848,636 is now due and an additional $2,644,576.50, is due if and when QR exercises its options under the contract to purchase an additional 103 units; (2) In addition, the court has determined that an award to GETS of reasonable attorneys' fees and expenses for the prosecution of Wabtec's violations is appropriate under the circumstances of this case in order to make GETS whole; (3) Within fourteen days of the Date of this Order, GETS shall file a motion seeking reasonable attorneys' fees. copies to: cnsl. (ljj) (Entered: 08/20/2004) |
| 09/01/2004 | 276 | SEALED MOTION by GE Harris Railway, GE Harris Elec Serv. with Proposed Order for Award of Attorney Fees and Expenses Answer Brief due 9/15/04 re: [276-1] motion (asw) (Entered: 09/02/2004) |
| 09/01/2004 | 277 | SEALED Memorandum Filed by GE Harris Railway, GE Harris Elec Serv. in Support of [276-1] motion for Award of Attorney Fees and Expenses - Answer Brief due 9/15/04 (asw) Modified on 09/02/2004 (Entered: 09/02/2004) |
| 09/01/2004 | 278 | SEALED Declaration of Frederick L. Cottrell, III (asw) (Entered: 09/02/2004) |
| 09/01/2004 | 279 | SEALED Declaration of Kenneth E. Krosin in support of Motion for Award of Attorneys Fees and Expenses (asw) (Entered: 09/02/2004) |
| 09/01/2004 | 280 | SEALED Declaration of Timothy R. Dewitt (asw) (Entered: 09/02/2004) |
| 09/01/2004 | 281 | SEALED Declaration of Charles D. Ossola (asw) (Entered: 09/02/2004) |
| 09/01/2004 | 282 | AFFIDAVIT of Steven J. Balick by GE Harris Railway, GE Harris Elec Serv. Re: [276-1] motion for Award of Attorney Fees and Expenses (asw) (Entered: 09/02/2004) |
| | | |

| | | |
|---|---|---|
| 09/03/2004 | 283 | MOTION by Westinghouse Brake with Proposed Order For An Order Pursuant to Rule 58(c)(2) of the FRCP to Extend Time To Appeal Answer Brief due 9/17/04 re: [283-1] motion (asw) (Entered: 09/08/2004) |
| 09/03/2004 | 284 | MEMORANDUM Filed by Westinghouse Brake In Support of its [283-1] motion For An Order Pursuant to Rule 58(c)(2) of the FRCP to Extend Time To Appeal - Answer Brief due 9/17/04 (asw) (Entered: 09/08/2004) |
| 09/03/2004 | 285 | Letter to Judge Sleet from Margaret M. Manning requesting that the court give the matter regarding Motion to extend time to appeal (asw) (Entered: 09/08/2004) |
| 09/03/2004 | | So Ordered granting [283-1] motion For An Order Pursuant to Rule 58(c)(2) of the FRCP to Extend Time To Appeal ( signed by Judge Gregory M. Sleet ) Notice to all parties. (asw) (Entered: 09/10/2004) |
| 09/10/2004 | 286 | SEALED STIPULATION with proposed order that the Plaintiffs shall be permitted to file a Supplemental Declaration of Timothy DeWitt, a corrected Declaration of Charles D. Ossola, and corrected pages to its Memorandum in support of Plaintiffs' Motion for Award of Reasonable Attorneys' Fees and Expenses ("Memorandum") within five days of the entry of this Order (asw) Modified on 09/14/2004 (Entered: 09/14/2004) |
| 09/10/2004 | 287 | STIPULATION with proposed order Regarding Wabtec's Rule 58(c)(2) Motion (asw) (Entered: 09/14/2004) |
| 09/10/2004 | 288 | Letter to Judge Sleet from Anne Shea Gaza, Esq. enclosing the Stipulation and Proposed Order allowing the filing of supplemental and corrected papers in support of Pltfs' Motion for Award of Attorneys' Fees and Expenses (asw) (Entered: 09/14/2004) |
| 09/15/2004 | 289 | SEALED Memorandum in Opposition Filed by Westinghouse Brake [276-1] motion for Award of Attorney Fees and Expenses - Reply Brief due 9/22/04 (asw) Modified on 09/16/2004 (Entered: 09/16/2004) |
| 09/15/2004 | 290 | SEALED AFFIDAVIT of Daniel M. Darragh Re: [289-1] answer brief (asw) (Entered: 09/16/2004) |
| 09/22/2004 | 291 | SEALED Reply Brief Filed by GE Harris Railway, GE Harris Elec Serv. [276-1] motion for Award of Attorney Fees and Expenses (asw) Modified on 09/23/2004 (Entered: 09/23/2004) |
| 09/22/2004 | 292 | SEALED Declaration of Timothy R. Dewitt in support of Plaintiffs' Reply Memorandum to Defendant's opposition to Plaintiff's Motion for Award of reasonable Attorneys' Fees and Expenses (asw) (Entered: 09/23/2004) |
| 09/22/2004 | 293 | SEALED Declaration of Charles D. Ossola in support of Plaintiffs' Reply Memorandum to Defendant's Opposition To Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Expenses (asw) (Entered: 09/23/2004) |
| 03/21/2005 | 294 | ORDER that the Plaintiff submit unredacted copies of its declarations in support of its motion for attorneys' fees within ten (10) days of the date of |

| | | |
|---|---|---|
| | | this order. Signed by Judge Gregory M. Sleet on 3/21/05. (asw ) (Entered: 03/24/2005) |
| 03/29/2005 | 295 | Letter to The Honorable Gregory M. Sleet from Frederick L. Cottrell, III regarding UNDER SEAL LETTER re 294 Order. (Cottrell, Frederick) (Entered: 03/29/2005) |
| 04/01/2005 | 296 | SO ORDERED, re [287] Stipulation Regarding Wabtec's Rule 58(c)(2) Motion. Signed by Judge Gregory M. Sleet on 4/1/05. (asw ) (Entered: 04/01/2005) |
| 04/01/2005 | | SO ORDERED, re [286] SEALED Stipulation and Order, . Signed by Judge Gregory M. Sleet on 4/1/05. (asw ) (Entered: 04/01/2005) |
| 04/05/2005 | 297 | SEALED REPLY BRIEF re [276] Motion for Attorney Fees *[Revised Memorandum In Support Of Plaintiffs' Motion For Award Of Reasonable Attorneys' Fees and Expenses]* filed by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Cottrell, Frederick) (Entered: 04/05/2005) |
| 04/05/2005 | 298 | SEALED DECLARATION re [293] Declaration, 297 Reply Brief, *[Corrected Declaration Of Charles D. Ossola]* by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Cottrell, Frederick) (Entered: 04/05/2005) |
| 04/05/2005 | 299 | SEALED DECLARATION re [292] Declaration, 297 Reply Brief, *[Supplemental Declaration Of Timothy R. DeWitt]* by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Cottrell, Frederick) (Entered: 04/05/2005) |
| 04/05/2005 | 300 | Letter to Honorable Gregory M. Sleet from Frederick L. Cottrell, III regarding Supplemental Declaration of Timothy DeWitt, corrected Declaration of Charles D. Ossola, Revised Memorandum in Support of Plaintiffs' Motion for Award of Reasonable Attorneys' Fees and Expenses and unredated invoices re 298 Declaration, 299 Declaration, 297 Reply Brief,. (Attachments: # 1 Exhibit 1)(Cottrell, Frederick) (Entered: 04/05/2005) |
| 05/25/2005 | | (Court only) ***Set Patent Case Flag (rbe, ) (Entered: 05/25/2005) |
| 09/26/2005 | 301 | ORDER directing GETS to provide to Wabtec's attorneys one set of unredacted copies of the billing invoices within five (5) days of the date of this Order, as therein set forth. Signed by Judge Gregory M. Sleet on 9/26/05. (mmm) (Entered: 09/26/2005) |
| 09/28/2005 | 302 | Letter to Honorable Gregory M. Sleet from Frederick L. Cottrell, III regarding Order dated September 26, 2005 (D.I. 301) re 301 Order. (Cottrell, Frederick) (Entered: 09/28/2005) |
| 09/30/2005 | 303 | NOTICE of Change of Address by Margaret M. Manning (Manning, Margaret) (Entered: 09/30/2005) |
| 09/30/2005 | 304 | Letter to The Honorable Gregory M. Sleet from Anne Shea Gaza regarding Order dated September, 26, 2005 re 298 Declaration, 296 SO |

| | | |
|---|---|---|
| | | ORDERED, 299 Declaration, 301 Order. (Gaza, Anne) (Entered: 09/30/2005) |
| 10/14/2005 | 305 | ANSWERING BRIEF in Opposition *Supplemental Memorandum in Opposition to Plaintiff's Motion for Award of Reasonable Attorney's Fees and Expenses FILED UNDER SEAL* filed by Westinghouse Air Brake Company.Reply Brief due date per Local Rules is 10/21/2005. (Attachments: # 1 Appendix Cover Page)(Manning, Margaret) (Entered: 10/14/2005) |
| 10/28/2005 | 306 | SEALED REPLY BRIEF re [276] Motion for Attorney Fees *[Gets' Reply Memorandum to Wabtec's Supplemental Memorandum in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Expenses]* filed by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Gaza, Anne) (Entered: 10/28/2005) |
| 10/31/2005 | 307 | SEALED REPLY BRIEF re [276] Motion for Attorney Fees *[CORRECTED Gets' Reply Memorandum To Wabtec's Supplemental Memorandum In Opposition to Plaintiff's Motion For Award Of Reasonable Attorneys' Fees And Expenses]* filed by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Gaza, Anne) (Entered: 10/31/2005) |
| 11/04/2005 | 308 | REDACTED VERSION of 306 Reply Brief, *[GETS' Reply Memorandum to Wabtec's Supplemental Memorandum in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Expenses]* by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Attachments: # 1 Appendix 2-9)(Cottrell, Frederick) (Entered: 11/04/2005) |
| 11/04/2005 | 309 | REDACTED VERSION of 307 Reply Brief, *[Corrected GETS' Reply Memorandum to Wabtec's Supplemental Memorandum in Opposition to Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Expenses]* by GE Harris Railway Electronics,LLC, GE Harris Railway Electronics Services, LLC. (Attachments: # 1 Appendix 2-9)(Cottrell, Frederick) (Entered: 11/04/2005) |
| 11/07/2005 | 310 | REDACTED VERSION of 305 Answering Brief in Opposition, *Supplemental Memorandum in Opposition to Plaintiff's Motion for Award of Reasonable Attorney's Fees and Expenses* by Westinghouse Air Brake Company. (Attachments: # 1 Appendix 1# 2 Appendix 2-9) (Manning, Margaret) (Entered: 11/07/2005) |
| 03/29/2006 | | SEALED MEMORANDUM AND ORDER re [276] Motion for Attorney Fees filed by GE Harris Railway Electronics, LLC, and GE Harris Railway Electronics Services, LLC . (SEALED document to be maintained in the Clerk's Office). Copies mailed to counsel on 3/29/06. Signed by Judge Gregory M. Sleet on 3/29/06. (mmm) Modified on 3/29/2006 (mmm). This docket entry will be redocketed below in order to add a D.I. number. (Entered: 03/29/2006) |
| 03/29/2006 | 311 | SEALED MEMORANDUM AND ORDER re [276] Motion for Attorneys' Fees. (SEALED document to be maintained in the clerk's |

| | | |
|---|---|---|
| | | office) (copies mailed to counsel on 3/29/06). Signed by Judge Gregory M. Sleet on 3/29/06. (mmm, ) (Entered: 03/29/2006) |
| 03/29/2006 | | CASE CLOSED (mmm) (Entered: 03/29/2006) |
| 04/28/2006 | 312 | NOTICE of Appearance by Thomas Joseph Francella, Jr on behalf of Westinghouse Air Brake Company (Francella, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | 313 | NOTICE OF APPEAL of [275] Order, [270] Order, [224] Order,. Appeal filed by Westinghouse Air Brake Company. (Francella, Thomas) Modified on 5/2/2006 (asw, ). THIS DOCKET ENTRY WAS FILED IN ERROR, PLEASE DISREGARD. SEE D.I. 315, CORRECTED AMENDED NOTICE OF APPEAL. (Entered: 04/28/2006) |
| 04/28/2006 | 314 | CERTIFICATE OF SERVICE of Entry of Appearance (D.I. No. 312; Filed on 4/28/06; and Notice of Appeal (D.I. No. 313; Filed on 4/28/06) by Westinghouse Air Brake Company (Francella, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | 315 | Amended NOTICE OF APPEAL to the Federal Circuit of [275] Order,,, [224] Order,, [271] Order *(RE: Docket No. 313)*. Appeal filed by Westinghouse Air Brake Company. (Attachments: # 1 Certificate of Service)(Francella, Thomas) (Entered: 04/28/2006) |
| 04/28/2006 | | USCA Appeal Fees received: $ 455, receipt number 143249 re 313 Notice of Appeal (Third Circuit) filed by Westinghouse Air Brake Company. Transcript Purchase Order (Federal Circuit) issued. (eew) (Entered: 04/28/2006) |
| 05/02/2006 | | CORRECTING ENTRY: D.I. 313, NOTICE OF APPEAL WAS FILED IN ERROR. CORRECTION WAS SUBSEQUENTLY FILED; SEE D.I. 315, AMENDED NOTICE OF APPEAL. (asw ) Modified on 5/2/2006 (asw, ). (Entered: 05/02/2006) |
| 05/03/2006 | | Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 315 Notice of Appeal (Federal Circuit). (HR) (Entered: 05/03/2006) |
| 05/03/2006 | | Notification regarding 315 Notice of Appeal (Federal Circuit) sent to Reporter Maurer (HR) (Entered: 05/03/2006) |
| 05/10/2006 | 316 | NOTICE of Docketing Record on Appeal from USCA for the Federal Circuit re 315 Notice of Appeal (Federal Circuit) filed by Westinghouse Air Brake Company. USCA Case Number 06-1390 (mmm) (Entered: 05/11/2006) |
| 05/26/2006 | 317 | USCA Order Terminating Appeal as to 315 Notice of Appeal (Federal Circuit) filed by Westinghouse Air Brake Company. USCA Decision: Appeal Dismissed by the parties. (mmm, ) (Entered: 05/30/2006) |