OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**Frederick L. Cottrell, III, ESQ.**
Richards, Layton & Finger
Email: cottrell@rlf.com

RE: GE Harris Railway, et al. v. Westinghouse Brake
    Civ. No. 99-cv-00070-GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 173,174,181,227,232,239,244,245,246,247,248,251,258,259,
261,264,266,276,277,278,279,280,281,282,286,290,291,292,293,297
298,299,306,307.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: [signature]

I hereby acknowledge receipt of the above mentioned documents on Sep. 6 2007.

[signature: Michael S. Williams]
Signature