OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 17, 2007

**Frederick L. Cottrell, III, ESQ.**
Richards, Layton & Finger
Email: cottrell@rlf.com

RE: GE Harris Railway, et al. v. Westinghouse Brake
    Civ. No. 99-cv-00070-GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 250.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 9/17/07.

_____
Signature