OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801
(302) 573-6170

September 20, 2007

Terry Currier
**Margaret M. Manning**, ESQ.
Buchanan Ingersoll & Rooney P.C.

RE: GE Harris Railway, et al. v. Westinghouse Brake
    Civ. No. 99-cv-00070-GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 180,240,241,242,249,254,255,263,289,305.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: /s/ Reu ee

I hereby acknowledge receipt of the above mentioned documents

on  9/20/07  .

_F. Joyce_ /s/
Signature